IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DANIEL LAFITTE DUMONDE | * | |
| Petitioner, | * | |
| v. | * | 2:07-CV-188-MHT |
| D. DREW, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Petitioner's Motion for Change of Venue and Transfer of Habeas Corpus Petition to

District of Columbia, having been read and considered, shall be denied.

Accordingly, it is

ORDERED that Petitioner's Motion for Change of Venue and Transfer of Habeas

Corpus Petition (Doc. No. 2) be and is hereby DENIED.

Done, this 14th day of March 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE