IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

DANIEL LAFITTE DUMONDE,
       Plaintiff,

VS.

D. DREW, PAUL D. CLEMENT, and
UNITED STATES OF AMERICA,
       Defendants.

CASE No. 2:07-cv-188-MHT

### NOTICE OF WITHDRAWAL OF HABEAS PETITION-AND -REFILING IN THE DISTRICT OF COLUMBIA

COMES NOW THE PLAINTIFF, DANIEL LAFITTE DUMONDE, in the above-referenced civil action-a Writ for Habeas Corpus, Article 1, Section -9, Cl 2, 28 USC §1651(a), and GIVES NOTICE OF WITHDRAWING THE ABOVE CLAIMS FROM THIS COURT, AND TRANSFER FOR REFILING OF SAME- IN THE UNITED STATES DISTRICT COURT AT THE DISTRICT OF COLUMBIA.

PLAINTIFF has asserted Good Cause for transfer, citing undue-bias and prejudice in the Federal Alabama District Courts, and it is reasonably presumed that Justice will be unduly delayed on Plaintiff's claims of <u>violations of strictly constitutional--Jurisdictional claims</u>, should the petition remain in Alabama's -District(s).

    ON THE ABOVE PREMISES AND GOOD CAUSE,

        THE PETITION IS WITHDRAWN FROM ALABAMA DISTRICT TO THE DISTRICT FO COLUMBIA.

            DONE, THIS /6 DAY OF MARCH, 2007,

            By- /s/ _____
                   DANIEL L. DUMONDE, PLAINTIFF, PRO-SE

MONTGOMERY AL 361
16 MAR 2007 PM 1 T

DANIEL L. DUMONDE, PRO-SE
#21609-001, MOBILE-B
FEDERAL PRISON CAMP, MAXWELL A.F.B.
MONTGOMERY, AL., 36112

CLERK'S OFFICE
DISTRICT COURT OF THE
-UNITED STATES
ONE CHURCH STREET
MONTGOMERY, AL., 36104