IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL LAFITTE DUMONDE, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv188-MHT |
| | ) | (WO) |
| D. DREW, Warden, et al., | ) | |
| | ) | |
|    Respondents. | ) | |

OPINION

Pursuant to 28 U.S.C. § 1651, petitioner, a federal inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendations of the United States Magistrate Judge. Also before the court are petitioner's objections to the recommendations. After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendations adopted.

**An appropriate judgment will be entered.**

**DONE, this the 18th day of April, 2007.**

  /s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**